# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 213 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN TRINH AND LT | : | |
| INTERNATIONAL BEAUTY SCHOOL, | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2018, the Emergency Petition for Allowance of Appeal is **DENIED**.